FILED

APR 21 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOSE ABUNDIZ-GUIZAR,<br><br>          Defendant. | Criminal Case No. 09CR0177-DMS<br><br>ORDER TO CONTINUE MATERIAL<br>WITNESS DEPOSITION |

Good cause having been shown, IT IS HEREBY ORDERED that the Material Witness Deposition in the above-referenced matter be continued from April 21, 2009 to April 24, 2009, at 10:00 a.m.

IT IS SO ORDERED.

DATED: 4/20/09

_____
HONORABLE LOUISA S PORTER
United States Magistrate Judge